# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

UNITED STATES ROLLER WORKS, INC., )
)
v.  ) CASE #: 3:16-2827
)
STATE AUTO PROPERTY & CASUALTY )
INSURANCE COMPANY. TION, LLC )

○ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of plaintiff as reflected in the verdict form signed on September 27, 2018 (Docket No. 119).

The jury found by a preponderance of the evidence that defendant breached the terms of the insurance policy issued to plaintiff.

The jury awarded compensatory damages to plaintiff in the amount of $757,798.78 and pre-judgment interest of two percent (2%) beginning on June 19, 2016 (simple interest, not compounded).

The jury found that defendant acted in bad faith and awarded plaintiff damages of $189,449.70 as a penalty for bad faith.

The jury did not find by clear and convincing evidence that the plaintiff established its entitlement to punitive damages.

IT IS ORDERED AND ADJUDGED.

October 1, 2018            VICKI KINKADE, ACTING CLERK
DATE

                                             *s/Katheryn Beasley*
                                             BY Katheryn Beasley
                                             DEPUTY CLERK